Rufus T. WILLIAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60579.

Missouri Court of Appeals, Western District.

Oct. 8, 2002.

Mark A. Grothoff, Assistant Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Karen Kramer, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, C.J., NEWTON and HARDWICK, JJ.

## *ORDER*

PER CURIAM.

Rufus Williams appeals the denial of his Rule 29.15 motion following an evidentiary hearing. For reasons stated in the Memorandum provided to the parties, we affirm. Rule 84.16(b).